**Ronald E. ROBERTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74999.

Missouri Court of Appeals,
Eastern District,
Division One.

June 29, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., CRANDALL and AHRENS, J.J.

**ORDER**

PER CURIAM.

Ronald Roberts (Movant) files this appeal challenging the denial of his Rule 24.035 motion for post-conviction relief after he pleaded guilty to felony stealing in violation of section 570.030, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).